437 A.2d 935

In re INTER VIVOS DEED OF TRUST OF George W. RAIZISS, Deceased and Anna W. RAIZISS, Deceased, Settlors.

Supreme Court of Pennsylvania.

Argued Oct. 20, 1981.

Decided Dec. 17, 1981.

Gregory G. Alexander, Philadelphia, for appellant.

George W. Berkelbach, III, Philadelphia, for Geo. W. Berkelbach, III, guardian and trustee ad litum.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, KAUFFMAN and WILKINSON, JJ.

DECREE

PER CURIAM:

Decree affirmed. Each party to bear own costs.